AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District Court    District of    Boston Massachussetts

Charles Harrison
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

**05-40021**

David L. Winn
Defendant

CASE NUMBER: 3:96 CVS 7/RV

I, Charles Harrison _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   Federal Medical Center Devens

    Are you employed at the institution? No   Do you receive any payment from the   No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   Unicor ~~May~~ 2004 April

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☐ No
    b. Rent payments, interest or dividends   ☐ Yes   ☐ No
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☐ No
    d. Disability or workers compensation payments   ☐ Yes   ☐ No
    e. Gifts or inheritances   ☐ Yes   ☐ No
    f. Any other sources   ☐ Yes   ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, _Charles Harrison_, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ _$.00_ [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this _25_ day of _January_, 2_005_.

Name: _Charles Harrison_
Number: _09856-002_
F.M.C. Devens, Unit: _P-2_
P.O. Box 879
Ayer, MA  01432

---

1. Please see copy of account for previous six (6) months.



## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 09856002 | Current Institution: | Devens FMC |
| Inmate Name: | HARRISON, CHARLES | Housing Unit: | P CC |
| Report Date: | 01/24/2005 | Living Quarters: | P02-131L |
| Report Time: | 4:40:09 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1922 |
| FRP Participation Status: | Completed |
| Arrived From: | EDG |
| Transferred To: | |
| Account Creation Date: | 10/28/2001 |
| Local Account Activation Date: | 5/5/2004 5:15:50 AM |
| Sort Codes: | |
| Last Account Update: | 1/23/2005 11:35:56 AM |
| Account Status: | Active |
| ITS Balance: | $0.05 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.73 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.73 |
| National 6 Months Deposits: | $320.00 |
| National 6 Months Withdrawals: | $525.05 |
| National 6 Months Avg Daily Balance: | $44.44 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.73 |
| Inmate Qualifies for OTC Medication | |

DEV 1330.13
October 29, 1998
Attachment A

<u>INFORMAL RESOLUTION INSTRUCTIONS</u>: <u>STAFF MUST COMPLETE AND ATTACH THE ORIGINAL OF THIS FORM TO EACH BP-9, WHEN THE COMPLAINT CANNOT BE INFORMALLY RESOLVED. THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT THOSE APPEALING UDC/IDC ACTIONS. INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.</u>

NAME: Harrison Charles　REG. NO.: 09856-002　UNIT: P-2

DATE BP-9 REQUESTED: _____

DATE BP-9 ISSUED: _____

DATE BP-9 RETURNED: _____

<u>INMATE'S COMPLAINT</u>: Sixth Amindment Violation
Blakely v Washington

<u>RELIEF REQUESTED</u>: Reduction of sentence

<u>ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT</u>: N/A

CORRECTIONAL COUNSELOR: _____　DATE: _____

<u>UNIT MANAGER'S COMMENTS/ASSISTANCE</u>: The Bureau of prisons has no Authority to reduce sentences imposed by the Federal Judicial System unable to informally resolve

UNIT MANAGER: _____　DATE: 1/19/05