FILED
IN CLERKS OFFICE

05-CV-40021
MLW

2005 FEB -4 P 2: 58

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| Charles Randall Harrison<br>Movant | ) ) ) ) | |
| vs. | ) ) | CASE NO: 3:96 CVS 7-RV |
| David L. Winn, Warden<br>Respondant | ) ) ) ) | |

### JUDICIAL NOTICE

**COMES NOW Charles Harrison** in want of Counsel and moves this Honorable Court to take Judicial notice of **HARTLAND STODDART v. UNITED STATES,** Civil NO: 03-4242(FSH) Crim. NO: 00-238 (AJL) attached to this motion.

Respectfully Submitted,

Charles Randall Harrison
Charles Randall Harrison

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

FILED
IN CLERKS OFFICE
FILED
IN CLERKS OFFICE

2005 FEB -1 P 2: 32
2005 FEB -4 P 2: 58

U.S. DISTRICT COURT
DISTRICT OF MASS
U.S. DISTRICT COURT
DISTRICT OF MASS

---

HARTLAND STODDART,                    :

      Petitioner,               :     Civil No. 03-4547 (FSH)
                                      :     (Crim. No. 00-238 (FSH))
                                      :
      v.                        :     **ORDER**
                                      :
UNITED STATES OF AMERICA,             :
                                      :
      Respondent.               :
                                      :

---

      In light of the recent decision of the United States Supreme Court in United States v. Booker, 534 U.S.   , 2005 WL 50108 (January 12, 2005),

      IT IS on this 21st day of January 2005,

      ORDERED that Petitioner and Respondent simultaneously file briefs, not to exceed 7 pages, which address the effect of the Booker decision on Petitioner's Blakely claim contained in the above-captioned case; and it is further

      ORDERED that such briefs are due by February 4, 2005.

                      s/ Faith S. Hochberg
                      Hon. Faith S. Hochberg, U.S.D.J.

**Other Orders/Judgments**

2:03-cv-04242-FSH STODDART v. UNITED STATES OF AME

**U.S. District Court**

**District of New Jersey [LIVE]**

FILED
IN CLERKS OFFICE

2005 FEB -4  P 2: 58

U.S. DISTRICT COURT
DISTRICT OF MASS

Notice of Electronic Filing

The following transaction was received from DD, entered on 1/24/2005 at 9:30 AM EST and filed on 1/21/2005

**Case Name:**      STODDART v. UNITED STATES OF AME
**Case Number:**    2:03-cv-4242
**Filer:**
**Document Number:** 10

**Docket Text:**
ORDER that Petitioner & Respondent simultaneously file briefs, not to exceed 7 pgs. which address the effect of the Booker decision on Petitioer's Blakely claim; briefs due 2/4/05. Signed by Judge Faith S. Hochberg on 1/21/05. (DD, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/24/2005] [FileNumber=533323-0]
[57a5307c02d011ea0dfe89cd85b9ff648837f0fe5c684e381cafb508dd9513d892a0
78d41e5c4546b33341c772a3ea3d979d54ca0a947f384e7e422bc25ac37e]]

**2:03-cv-4242 Notice will be electronically mailed to:**

**2:03-cv-4242 Notice will be delivered by other means to:**

HARTLAND STODDART
FEDERAL MEDICAL CENTER DEVENS
23170-050
POST OFFICE BOX 879
AYER, MA 01432