UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES RANDALL HARRISON,
            Petitioner,

v.       Civil Action No.  05-40021-MLW

DAVID L. WINN, Warden,
            Respondent.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is petitioner's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒     GRANTED.

☐     DENIED for the following reason(s):


SO ORDERED.


August 6, 2005                   /s/ Mark L. Wolf
DATE                                 MARK L. WOLF
                                       UNITED STATES DISTRICT JUDGE