UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>CHARLES RANDALL HARRISON,</u>
          Petitioner,

                                            CIVIL ACTION
      V.                                   NO. <u>05-40021-MLW</u>
<u>DAVID L. WINN,  WARDEN,</u>
          Respondent.

<u>ORDER</u>

Now before the Court is petitioner's self-prepared petition for a writ of habeas corpus under 28 U.S.C. § 2241 and amendment.  Accordingly, it is hereby

ORDERED that the Clerk of Court is to serve a copy of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and amendment upon (1) the office of the United States Attorney; AND (2) Warden David L. Winn, FMC Devens, P.O. Box 880, Ayer, MA 01432; and it is further

ORDERED that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

SO ORDERED.

 <u>August 5, 2005</u>                                <u> /s/ Mark L. Wolf</u>
      Date                                       MARK L. WOLF
                                           United States District Judge