IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Civil No. 04-12596-PBS |
| v. | : | |
| | : | |
| CHARLES RANDALL HARRISON | : | |
| | : | |
| Defendant. | | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO
TO FILE OPPOSITION TO DEFENDANT'S SECTION 2241 PETITION

The United States respectfully moves for an extension of thirty days (until September 30, 2005) to respond to defendant's petition under 28 U.S.C. § 2241. In support of the motion, the government submits the following:

On August 5, 2005, the Court ordered the government to respond to defendant HARRISON's petition within 20 days (on August 30, 2005).  Defendant's underlying conviction which he is challenging arises out of a case in the Northern District of Florida.  Therefore, in order to respond to defendant's petition, the government may need to obtain records from the case in Florida.  The government will need additional time to obtain these records.

Accordingly, the government requests an additional thirty days to respond to defendant's petition.

                                    Respectfully submitted,

                                    Michael J. Sullivan
                                    UNITED STATES ATTORNEY

                      By:   /s/ Neil J. Gallagher, Jr.
                            Assistant United States Attorney
                            Neil J. Gallagher, Jr.
                            617-748-3397