IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Civil No. 05-40021-MLW |
| v. : | |
| : | |
| CHARLES RANDALL HARRISON : | |
| : | |
| Defendant. | |

## GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME TO TO FILE OPPOSITION TO DEFENDANT'S SECTION 2241 PETITION

The United States respectfully moves for an extension for an additional thirty days (until October 31, 2005) to respond to defendant's petition under 28 U.S.C. § 2241. In support of the motion, the government submits the following:

On August 5, 2005, the Court ordered the government to respond to defendant HARRISON's petition within 20 days (on August 30, 2005). Defendant's underlying conviction which he is challenging arises out of a case in the Northern District of Florida. On September 2, 2005, the court granted the government's motion for an extension of time to respond to HARRISON's petition until September 30, 2005.

The government now moves for a second thirty day extension. As grounds, the government submits that the instant case will soon be transferred to another Assistant U.S. Attorney. Furthermore, the government may need to obtain records from the North District of Florida to respond to the petition.

Respectfully submitted,

Michael J. Sullivan
UNITED STATES ATTORNEY

By:  /s/ Neil J. Gallagher, Jr.
     Assistant United States Attorney
     Neil J. Gallagher, Jr.

617-748-3397