IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

Charles Randall Harrison
    Petitioner

vs.

Case No: 3:96 CR 57/RV

4:05 40021 MLW

David L. Winn
    Respondent

## MOTION FOR DEFAULT JUDGMENT
### FEDERAL RULES OF CIVIL PROCEDURE RULE 55 ALSO RULE 8(d)

Comes now Petitioner Charles Randall Harrison, acting in propria persona, and in want of counsel and avers as follows.

The Respondents in the above-captioned cause have violated the scheduling order of the Court issued August 5, 2005, and have procedurally defaulted their response to Petitioner's Section 2241 and their failure to deny Petitioners claims are admitted as true.

Petitioner respectfully moves this Honorable Court to order an evidentiary haring to allow Petitioner to expond on his issues.

Petitioner respectfully states that his claims state substantial claims for relief and are congnizable in a Section 2241 Petition.

(2)

## CONCLUSION

**THEREFORE** Petitioner states that this Honorable Court should order a hearing and allow Petitioner to expediently prosecute his suit.

*Charles Randall Harrison*
Charles Randall Harrison
#09856-002  Unit P-2
F.M.C. Devens
P.O. Box 879
Ayer, Mass  01432-0879

(2)