UNITED STATES DISTRICT

DISTRICTOOF MASSACHUSETTS


CHARLES HARRISON )

-V- )

DAVID L. WINN )        CASE NO: 05-40021-MLW

)

)

--------------------------)


MOTION TO ORDER GOVERNMENT TO

RESPOND

-------------------------------------------


COMES NOW PETITIONER, CHARLES HARRISON, ACTING IN PROPRIA PERSONA,
AND IN WANT OF COUNSEL AND MOVES THIS HONORABLE COURT TO ORDER THE GOV-
ERNMENT TO RESPOND TO PETITIONER'S 2241 THAT IS BEFORE THE COURT. THEIR
RESPONSE WAS DUE IN THIRTY DAYS WHICH THEY HAVE FAR EXCEEDED. THANK YOU FOR YOUR KI
KIND ATTENTION IN THIS MATTER.

RESPECTFULLY SUBMITTED


CHARLES HARRISON#09856-002

F.M.C. DEVENS

P.O.BOX 879

AYER MASS. 01432