UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHARLES RANDALL HARRISON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 05-40021-MLW |
| | ) | |
| WARDEN DAVID L. WINN, | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney gives notice of her appearance in this matter for Respondent. I certify that I am admitted to practice in this Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Sabita Singh
SABITA SINGH
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Ph (617) 748-8636
Fx (617) 748-3954

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Charles Randall Harrison
        No. 09856-002
        Federal Medical Center Devens
        P.O. Box 879
        Ayer, MA 01432

This 28th day of December, 2005.

                        /s/ Sabita Singh
                        SABITA SINGH
                        Assistant United States Attorney