```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                                    )
CHARLES RANDALL HARRISON,           )
                                    )
            Petitioner,             )
                                    )
v.                                  )   CIVIL NO. 05-40021-MLW
                                    )
WARDEN DAVID L. WINN,               )
                                    )
            Respondent.             )
```

**MOTION FOR ONE DAY EXTENSION**

The United States respectfully moves for a one day extension of time for filing its response to the petition. In support of the motion, the undersigned Assistant U.S. Attorney states that technical difficulties prevented electronic filing yesterday. The response is being filed today with this motion.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        UNITED STATES ATTORNEY

By:  /s/ Sabita Singh
      SABITA SINGH
      Assistant United States Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      Ph (617) 748-8636
      Fx (617) 748-3954

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>
> Charles Randall Harrison
> No. 09856-002
> Federal Medical Center Devens
> P.O. Box 879
> Ayer, MA 01432

This 28th day of December, 2005.

>
> /s/ Sabita Singh
> SABITA SINGH
> Assistant United States Attorney