AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

Charles Randall Harrison

**v.**    **APPEARANCE**

Warden David L. Winn

Case Number:   05-40021-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 1, 2007 | /s/ S. Theodore Merritt |
| Date | Signature |
| | S. Theodore Merritt |
| | Print Name                Bar Number |
| | USAO, 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston            MA    02210 |
| | City              State   Zip Code |
| | 617-748-3100      617-748-3954 |
| | Phone Number           Fax Number |

**CERTIFICATE OF SERVICE**

I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ S. Theodore Merritt
S. THEODORE MERRITT
Assistant U.S. Attorney