IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CHARLES RANDALL HARRISON      :
                              :        Civil Action
    v.                        :
                              :        NO. 05-40021-MLW
WARDEN DAVID L. WINN

GOVERNMENT'S MOTION TO ENLARGE TIME TO RESPOND

Comes now the United States of America, by Michael J. Sullivan, United States Attorney, and S. Theodore Merritt, Assistant United States Attorney for the District of Massachusetts, and moves this Court for an enlargement of time until June 11, 2007 to file responses to petitioner's Motion to Supplement 28 USC 2241 Petition (Docket #24) and Motion to Amend Complaint (Docket#26).

As grounds therefor, the government asserts that the undersigned re-assigned counsel for the government had neglected to realize that responses were due and requests additional time to furnish the Court with the government's response.

Respectfully submitted,

Michael J. Sullivan
UNITED STATES ATTORNEY


/s/ S. Theodore Merritt

S. Theodore Merritt
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss.                                                                             Boston, Massachusetts
                                                                                         May 24, 2007

    I, S. Theodore Merritt, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ S. Theodore Merritt
S. Theodore Merritt
Assistant U.S. Attorney