UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**CHARLES RANDALL HARRISON,**</u>
        **Petitioner**

        V.

**CIVIL ACTION
NO.  <u>05-40021-MLW</u>**

<u>**WARDEN DAVID L. WINN,**</u>
        **Respondent**

## <u>JUDGMENT</u>

<u>**WOLF, D. J.**</u>

In accordance with the Court's Memorandum and Order dated <u>June 4, 2007</u>, in the above-referenced action, denying the petitioner's Amended Petition, it is hereby ORDERED:

**Judgment for the <u>respondent</u>.**

        By the Court,

<u>**June 4, 2007**</u>        /s/ Dennis O'Leary
   **Date**        **Deputy Clerk**

(judge-dis.wpd - 12/98)        [jgm.]