UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES HARRISON )
    APPELLANT )
-V- ) C.A. NO: 05-40021-MLW
 )
 )
WARDEN DAVID L. WINN )
    APPELLEE ) NOTICE OF APPEAL
 )

FILED IN CLERKS OFFICE
2007 JUL 12 A 11: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

COMES NOW CHARLES HARRISON, AND PUTS THIS COURT ON NOTICE THAT HE APPEALS THE JUNE 4, 2007, ORDER DENYING HIS SECTION 2241 PETITION.

DATE 6/9/2007,

*Charles Harrison* (signature)

CHARLES HARRISON #09856-002
FMC DEVENS, P.O. BOX 879
AYER MA. 01432-0879