UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES RANDALL HARRISON )
            APPELLANT    )
                         )
-V-                      ) C.A. NO: 05-40021-MLW
                         )
WARDEN DAVID L. WINN     )
            APPELLEE     )
                         ) MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW CHARLES HARRISON, ACTING IN PROPRIA PERSONA AND IN WANT OF COUNSEL IN THE ABOVE-ENTITLED CAUSE AND MOVES THE COURT TO ENTER ITS ORDER GRANTING HARRISON LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS APPEAL.

IN CONNECTION WITH, HARRISON ATTACHES HIS AFFIDAVIT OF POVERTY, AND HIS SIX MONTHS PRINTOUT OF HIS INMATE TRUST-FUND ACCOUNT.

DATE 6/9/2007

*Charles Randall Harrison*
CHARLES RANDALL HARRISON
#09856-002, UNIT P-2
FMC DEVENS, P.O. BOX 879
AYER MA. 01432-0879

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES RANDALL HARRISON )
           APPELLANT      )
                          )
-V-                       )  C.A. NO:05-40021-MLW
   WARDEN DAVID L. WINN   )
           APPELLEE       )  AFFIDAVIT OF POVERTY
                          )

COMES NOW, CHARLES RANDALL HARRISON, ACTING IN PROPRIA PERSONA AND IN WANT OF COUNSEL , IN THE ABOVE- ENTITLED CAUSE AND STATES UNDER HIS OATH UNDER THE PAINS AND PENALTIES OF PERJURY THE FOLLOWING:

(1) THAT HARRISON IS A FEDERAL PRISONER' INCARCERATED AT FMC DEVENS, IN AYER MA. 01432-0879

(2) HARRISON IS UNABLE TO PAY FOR THE APPEAL IN THIS CASE OR TO GIVE SECURITY THEREOF.

(3) HARRISON SEEKS AN APPEAL TO THE FIRST CIRCUIT COURT OF APPEALS FOR THE DISTRICT COURT'S DENIAL OF HIS SECTION 2241.

(4) HARRISON IS FILING HIS MOTION TO PROCEED IN FORMA PAUPERIS AND IN CONNECTION THEREWITH HE ATTACHES THIS AFFIDAVIT OF POVERTY, ALONG WITH A SIX MONTHS PRINTOUT OF HIS INMATE TRUST-FUND ACCOUNT, SO THAT THE COURT WILL WAIVE COSTS BECAUSE HARRISON HAS NO FUNDS AND IS UNABLE TO PAY.

DATE   6/9/2007

*Charles Randall Harrison*
CHARLES RANDALL HARRISON
#09856-002, UNIT P-2
FMC DEVENS, P.O. BOX 879
AYER MA. 01432-0879

# Inmate Statement

| Inmate Reg #: | 09856002 | Current Institution: | |
| --- | --- | --- | --- |
| Inmate Name: | HARRISON, CHARLES | Housing Unit: | |
| Report Date: | 06/11/2007 | Living Quarters: | |
| Report Time: | 8:22:29 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DEV | 6/4/2007 9:37:52 AM | 39 | | | Sales | ($34.80) | | $3.20 |
| DEV | 6/1/2007 12:10:38 AM | FDEVD101 - 625 | | | Debt Encumbrance - Released | | $10.00 | --------- |
| DEV | 6/1/2007 12:10:38 AM | FDEVD124 - 626 | | | Debt Encumbrance - Released | | $10.00 | --------- |
| DEV | 6/1/2007 12:10:38 AM | FDEVD124 | 760 | | PLRA Payment | ($10.00) | | $48.00 |
| DEV | 6/1/2007 12:10:38 AM | FDEVD101 | 761 | | PLRA Payment | ($10.00) | | $38.00 |
| DEV | 5/31/2007 5:10:54 AM | 70184101 | | | Lockbox - CD | $50.00 | | $58.00 |
| DEV | 5/31/2007 5:10:54 AM | FDEVD101 - 625 | | | Debt Encumbrance | | ($10.00) | --------- |
| DEV | 5/31/2007 5:10:54 AM | FDEVD124 - 626 | | | Debt Encumbrance | | ($10.00) | --------- |
| DEV | 5/15/2007 11:02:08 AM | GICP0507 | | | Inmate Co-pay | ($2.00) | | $8.00 |
| DEV | 5/1/2007 12:10:44 AM | FDEVD101 - 505 | | | Debt Encumbrance - Released | | $10.00 | --------- |
| DEV | 5/1/2007 12:10:44 AM | FDEVD124 - 506 | | | Debt Encumbrance - Released | | $10.00 | --------- |
| DEV | 5/1/2007 12:10:44 AM | FDEVD124 | 664 | | PLRA Payment | ($0.75) | | $20.00 |
| DEV | 5/1/2007 12:10:44 AM | FDEVD101 | 665 | | PLRA Payment | ($10.00) | | $10.00 |
| DEV | 4/23/2007 6:58:40 AM | 3 | | | Sales | ($29.50) | | $20.75 |
| DEV | 4/19/2007 7:52:18 PM | TFN0419 | | | Phone Withdrawal | ($8.00) | | $50.25 |
| DEV | 4/18/2007 5:16:07 AM | 70181101 | | | Lockbox - CD | $50.00 | | $58.25 |
| DEV | 4/18/2007 5:16:07 AM | FDEVD101 - 505 | | | Debt Encumbrance | | ($10.00) | --------- |
| DEV | 4/18/2007 5:16:07 AM | FDEVD124 - 506 | | | Debt Encumbrance | | ($10.00) | --------- |
| DEV | 3/13/2007 9:44:32 AM | 28 | | | Sales | ($51.95) | | $8.25 |
| DEV | 3/1/2007 12:10:58 AM | FDEVD101 - 436 | | | Debt Encumbrance - Released | | $20.00 | --------- |
| DEV | 3/1/2007 12:10:58 AM | FDEVD124 - 437 | | | Debt Encumbrance - Released | | $20.00 | --------- |
| DEV | 3/1/2007 12:10:58 AM | FDEVD101 - 398 | | | Debt Encumbrance - Released | | $10.00 | --------- |
| DEV | 3/1/2007 12:10:58 AM | FDEVD124 - 399 | | | Debt Encumbrance - Released | | $10.00 | --------- |
| DEV | 3/1/2007 12:10:58 AM | FDEVD101 | 494 | | PLRA Payment | ($30.00) | | $60.20 |
| DEV | 3/1/2007 12:10:58 AM | FDEVD124 | 493 | | PLRA Payment | ($30.00) | | $90.20 |
| DEV | 2/27/2007 2:09:44 PM | 33310707 | | | Western Union | $100.00 | | $120.20 |
| DEV | 2/27/2007 2:09:44 PM | FDEVD101 - 436 | | | Debt Encumbrance | | ($20.00) | --------- |
| DEV | 2/27/2007 2:09:44 PM | FDEVD124 - 437 | | | Debt Encumbrance | | ($20.00) | --------- |
| DEV | 2/23/2007 7:17:59 PM | TFN0223 | | | Phone Withdrawal | ($12.00) | | $20.20 |
| DEV | 2/21/2007 8:41:07 AM | 26 | | | Sales | ($27.80) | | $32.20 |
| DEV | 2/12/2007 5:18:37 AM | 70176503 | | | Lockbox - CD | $50.00 | | $60.00 |
| DEV | 2/12/2007 5:18:37 AM | FDEVD101 - 398 | | | Debt Encumbrance | | ($10.00) | --------- |
| DEV | 2/12/2007 5:18:37 AM | FDEVD124 - 399 | | | Debt Encumbrance | | ($10.00) | --------- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEV | 2/1/2007 12:10:40 AM | FDEVD101 - 345 | | Debt Encumbrance - Released | | $10.00 | -------- |
| DEV | 2/1/2007 12:10:40 AM | FDEVD124 - 346 | | Debt Encumbrance - Released | | $10.00 | -------- |
| DEV | 2/1/2007 12:10:40 AM | FDEVD124 | 400 | PLRA Payment | ($0.62) | | $20.00 |
| DEV | 2/1/2007 12:10:40 AM | FDEVD101 | 401 | PLRA Payment | ($10.00) | | $10.00 |
| DEV | 1/31/2007 5:00:20 PM | TFN0131 | | Phone Withdrawal | ($16.00) | | $20.62 |
| DEV | 1/23/2007 9:37:51 AM | 28 | | Sales | ($22.65) | | $36.62 |
| DEV | 1/17/2007 8:45:55 AM | 11 | | Sales | ($26.50) | | $59.27 |
| DEV | 1/17/2007 5:20:12 AM | 70174701 | | Lockbox - CD | $50.00 | | $85.77 |
| DEV | 1/17/2007 5:20:12 AM | FDEVD101 - 345 | | Debt Encumbrance | | ($10.00) | -------- |
| DEV | 1/17/2007 5:20:12 AM | FDEVD124 - 346 | | Debt Encumbrance | | ($10.00) | -------- |
| DEV | 1/13/2007 5:02:38 PM | TFN0113 | | Phone Withdrawal | ($10.00) | | $35.77 |
| DEV | 1/3/2007 9:36:58 AM | 32 | | Sales | ($18.10) | | $45.77 |
| DEV | 1/1/2007 12:10:48 AM | FDEVD101 - 315 | | Debt Encumbrance - Released | | $20.00 | -------- |
| DEV | 1/1/2007 12:10:48 AM | FDEVD124 - 316 | | Debt Encumbrance - Released | | $20.00 | -------- |
| DEV | 1/1/2007 12:10:48 AM | FDEVD081 - 314 | | Debt Encumbrance - Released | | $16.32 | -------- |
| DEV | 1/1/2007 12:10:48 AM | FDEVD101 - 305 | | Debt Encumbrance - Released | | $10.00 | -------- |
| DEV | 1/1/2007 12:10:48 AM | FDEVD081 - 304 | | Debt Encumbrance - Released | | $10.00 | -------- |

12

**Total Transactions: 86**

Totals:  ($6.80)  $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $3.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.20 |
| **Totals:** | **$3.20** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3.20** |